Denise Bourgeois Haley
Attorney at Law: 143709
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
NICOLAS ANTONIO ALVARADO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS ANTONIO ALVARADO<br><br>Plaintiff,<br>v.<br>NANCY A. BERRYHILL, Acting Commissioner of Social Security.<br><br>Defendant. | Case No.: 2:17-cv-01519-CKD<br><br>STIPULATION & ORDER TO EXTEND TIME TO FILE OPENING BRIEF<br><br>(FIRST REQUEST) |

Plaintiff Nicolas Antonio Alvarado and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 28 days from December 22, 2017 to January 19, 2018 for Plaintiff to file an Opening Brief, with all other dates in the Court's Order Concerning Review of Social Security Cases extended accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented. Counsel was not able to complete this matter timely

due to other pressing matter before the close of business before the holidays. Counsel has contacted defendant and both parties were agreeable to an extension. Counsel has worked diligently and will continue to do so to focus on the issues at hand in this case. Counsel can only work on one motion at a time. Counsel respectfully makes this request in good faith.

DATE: December 27, 2017                    Respectfully submitted,

LAWRENCE D. ROHLFING

BY: /s/ *Denise Bourgeois Haley*
_____
Denise Bourgeois Haley
Attorney for plaintiff Nicolas Antonio Alvarado

DATE:  December 27, 2017

PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel
Social Security Administration


BY: /s/ *Francesco Benavides*
_____
Francesco Benavides
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
|*authorized by e-mail|

IT IS SO ORDERED.

Dated:  January 9, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE